| | |
|---|---|
| 1 | Shane M. Biornstad - Bar No. 250202 |
| | SBiornstad@shulmanbastian.com |
| 2 | **SHULMAN BASTIAN FRIEDMAN & BUI LLP** |
| | 100 Spectrum Center Drive, Suite 600 |
| 3 | Irvine, California 92618 |
| | Telephone:     (949) 340-3400 |
| 4 | Facsimile:     (949) 340-3000 |
| 5 | Craig Stewart (Admitted *pro hac vice*) |
| | Shaun C. Kennedy (Admitted *pro hac vice*) |
| 6 | Alexandria E. Pierce (Admitted *pro hac vice*) |
| | **HOLLAND & HART LLP** |
| 7 | 555 Seventeenth Street, Suite 3200 |
| | Denver, Colorado 80202 |
| 8 | Telephone: (303) 295-8000 |
| | Facsimile: (303) 957-5460 |
| 9 | |
| 10 | Attorneys for DZYNE Technologies, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| DZYNE TECHNOLOGIES, LLC<br>　　　　Plaintiff,<br>　　v.<br>SPACEFLIGHT, INC.<br>　　　　Defendant. | Case No. 2:23-cv-10188-MEMF (ADSx)<br><br>Judge Maame Ewusi-Mensah Frimpong<br><br>**NOTICE OF PLAINTIFF DZYNE TECHNOLOGIES, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Joint Brief, Joint Evidentiary Appendix, Joint Statement of Undisputed Facts and Law, Proposed Judgment, and Proposed Order filed concurrently]<br><br>Hearing Date: June 5, 2025<br>Time:　　　　10:00 a.m.<br>Ctrm:　　　　8B |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 5, 2025 at 10:00 a.m. PST, or as soon thereafter as the matter may be heard, before the Hon. Maame Ewusi-Mensah Frimpong in Courtroom 8B of the First Street U.S. Courthouse, located at 350 W. First Street, Los Angeles, California 90012, Plaintiff DZYNE Technologies, LLC ("DZYNE") will and hereby does move for summary judgment as to its Complaint and the Counterclaims filed by Defendant Spaceflight, Inc.

("Spaceflight") pursuant to Rule 56 of the Federal Rules of Civil Procedure.

The motion for summary judgment is made on the ground that there is no dispute of material fact that the subcontract DZYNE and Spaceflight entered into (the "LSA") grants DZYNE the unilateral and unconditional right to terminate the LSA for its convenience regardless of whether the Air Force Research Laboratory ("AFRL") terminated the overall project under which the Parties executed the LSA. Alternatively, this motion for summary judgment is made on the basis that, even if DZYNE's ability to terminate for convenience was conditioned upon AFRL's termination of the prime contract, there is no dispute of material fact that AFRL terminated the overall project for its convenience before DZYNE notified Spaceflight of its termination of the LSA for its convenience. Accordingly, any such condition precedent was satisfied. In either event, there is no dispute of material fact that DZYNE terminated the LSA and that Spaceflight breached when it failed to timely produce a termination settlement proposal. There is no dispute of material fact that DZYNE is entitled to damages of $6,874,898. Accordingly, summary judgment should enter in favor of DZYNE on: (1) DZYNE's declaratory judgment claim; (2) DZYNE's breach of contract claim in the amount of $6,874,898, (3) Spaceflight's counterclaim of anticipatory breach; (4) Spaceflight's counterclaim of breach of the implied covenant of good faith and fair dealing; (5) Spaceflight's counterclaim of breach of contract; and (6) Spaceflight's declaratory judgment claim.

The motion is based on this notice of motion, the accompanying joint brief, the joint evidentiary appendix, the joint statement of undisputed facts and genuine disputes, the concurrently lodged proposed order, the concurrently lodged proposed judgment, and all other declarations and exhibits offered in support of and in opposition to the motion, all the pleadings, records, and files in this action, matters of which the Court may take judicial notice, and on such other evidence and argument as may be presented at any hearing on this motion.

/ / /

/ / /

/ / /

/ / /

This motion is made following the conference of counsel pursuant to L.R. 7-3 which originally took place on September 5, 18, and 25, 2024 via videoconference, on February 21, 2025, via videoconference, on April 15, 2025, and via email on April 15, 16, and 17, 2025.

Dated:  April 18, 2025.

SHULMAN BASTIAN FRIEDMAN & BUI LLP

By:   *s/ Shane M. Biornstad*
Shane M. Biornstad
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
sbiornstad@shulmanbastian.com

Craig Stewart (pro hac vice)
Shaun C. Kennedy (pro hac vice)
Alexandria E. Pierce (pro hac vice)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: (303) 295-8000
cstewart@hollandhart.com
sckennedy@hollandhart.com
aepierce@hollandhart.com

Attorneys for DZYNE Technologies, LLC

32583533_v3