Shane M. Biornstad - Bar No. 250202
SBiornstad@shulmanbastian.com
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:   (949) 340-3400
Facsimile:   (949) 340-3000

Craig Stewart (Admitted *pro hac vice*)
Shaun C. Kennedy (Admitted *pro hac vice*)
Alexandria E. Pierce (Admitted *pro hac vice*)
**HOLLAND & HART LLP**
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: (303) 295-8000
Facsimile: (303) 957-5460

Attorneys for DZYNE Technologies, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DZYNE TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>SPACEFLIGHT, INC.<br><br>Defendant. | Case No. 2:23-cv-10188-MEMF (ADSx)<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

Plaintiff DZYNE Technologies, LLC ("DZYNE") and Defendant Spaceflight, Inc. ("Spaceflight") (together, the "Parties") respectfully submit this Joint Status Report Regarding Settlement.

1. The parties engaged Hon. (Ret.) Mary Ellen Coster Willaims, a retired judge from the U.S. Court of Federal Claims, to conduct a virtual mediation on April 17, 2025.

2. The mediation did not result in a settlement of the case.

3. The parties remain open to further exploring settlement as trial approaches, but they do not expect that the case will settle prior to trial or an order on the motion for summary judgment, ECF No. 61.

Dated: June 25, 2024.

Respectfully submitted,

*/s Craig Stewart*

By: Shane M. Biornstad
SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
sbiornstad@shulmanbastian.com

Craig Stewart (pro hac vice)
Shaun C. Kennedy (pro hac vice)
Alexandria E. Pierce (pro hac vice)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: (303) 295-8000
cstewart@hollandhart.com
sckennedy@hollandhart.com

Attorneys for DZYNE Technologies, LLC

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: June 25, 2025 | /s Arthur Willner |
| 4 | | _____ |
| 5 | | Arthur Willner<br>LEADER BERKON COLAO & SILVERSTEIN LLP |
| 6 | | 445 South Figueroa Street, Suite 2980<br>Los Angeles, CA 90071 |
| 7 | | Telephone: (213) 234-1750<br>awillner@leaderberkon.com |
| 8 | | |
| 9 | | Joshua K. Leader (pro hac vice)<br>LEADER BERKON COLAO & SILVERSTEIN LLP |
| 10 | | 630 Third Avenue<br>New York, NY 10017 |
| 11 | | Telephone: (212) 486-2400<br>jleader@leaderberkon.com |
| 12 | | |
| 13 | | Theresa L. Melia (pro hac vice)<br>LEADER BERKON COLAO & SILVERSTEIN LLP |
| 14 | | 8117 Preston Road, Suite 300<br>Dallas, TX 75225 |
| 15 | | Telephone: (972) 357-6706<br>Tmelia@leaderberkon.com |
| 16 | | |
| 17 | | Attorneys for Spaceflight, Inc. |

Pursuant to Section 5-4.3.4(a)(2)(i) of the local rules for the United States District Court for the Central District of California, I certify that the content of this document is acceptable to Arthur Willner and that I have obtained authorization from him to affix his electronic signature to this document.

/s/ Craig Stewart

35283942_v1

-3-

JOINT STATUS REPORT REGARDING SETTLEMENT

Case No. 2:23-cv-10188-MEMF (ADSx)