Shane M. Biornstad - Bar No. 250202
SBiornstad@shulmanbastian.com
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000

Craig Stewart (Admitted *pro hac vice*)
Shaun C. Kennedy (Admitted *pro hac vice*)
Alexandria E. Pierce (Admitted *pro hac vice*)
**HOLLAND & HART LLP**
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: (303) 295-8000
Facsimile: (303) 957-5460

Attorneys for DZYNE Technologies, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DZYNE TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>SPACEFLIGHT, INC.<br><br>Defendant. | Case No. 2:23-cv-10188-MEMF (ADSx)<br><br>Judge Maame Ewusi-Mensah Frimpong<br><br>**PLAINTIFF'S PROPOSED WITNESS LIST**<br><br>Trial Date: August 11, 2025<br>Time: 8:30 a.m.<br>Courtroom: 8B |

Plaintiff DZYNE Technologies, LLC ("Plaintiff") hereby submits the following Proposed Witness List.

| Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Edward Smetak<br>c/o Holland & Hart LLP<br>555 17th Street, Ste. 3200<br>Denver, Colorado 80202<br>(303) 295-8000 | Edward Smetak will testify about the WeatherSAT, the LSA and the Amended LSA, performance of the LSA and Amended LSA, the role of AFRL in the WeatherSAT, Virgin Orbit and other rocket issues, AFRL's termination of the WeatherSAT, and DZYNE's termination of the LSA, Spaceflight and Firefly's response, Spaceflight's costs as stated to DZYNE, and DZYNE's damages, including payments to Spaceflight. His testimony is unique in that he was DZNYE's project manager for WeatherSAT. | 3 hours | ___ hour | [To be filled in during trial] |
| Sarah Wilt<br>c/o Holland & Hart LLP<br>555 17th Street, Ste. 3200<br>Denver, Colorado 80202<br>(303) 295-8000 | Sarah Wilt will testify about the terms of the LSA and Amended LSA, incorporation of FAR flow down clauses, the Parties' relationship, and government contracts. Her testimony is unique in that she was DZYNE's contract administrator for WeatherSAT. | 1 hour | ___ hour | |
| Christopher Yukins<br>c/o Holland & Hart LLP<br>555 17th Street, Ste. 3200<br>Denver, Colorado 80202<br>(303) 295-8000 | Professor Christopher Yukins will testify to issues addressed in his expert report, his deposition, and the deposition of John Chierichella, all concerning federal procurement law and terminations for convenience. His testimony is unique in that he is DZYNE's only expert witness on the above subjects. | 1.5 hours | ___ hour | |
| Spaceflight | Spaceflight will testify through its 30(b)(6) deposition regarding WeatherSAT, Virgin Orbit and other rocket issues, | 1.5 hours | ___ hour | |

| | | | | |
|---|---|---|---|---|
| | and the LSA. Spaceflight's testimony is unique in that it is the only Spaceflight witness which DZYNE anticipates calling in its case in chief. | | | |
| * Marcy Mabry<br>c/o Leader Berkon Calao & Silverstein LLP<br>630 Third Ave.<br>New York, NY 10017<br>(212) 486-2400 | Marcy Mabry may testify about WeatherSat, the LSA, Virgin Orbit and other rocket issues, AFRL's termination of WeatherSat, DZYNE's termination of the LSA, Spaceflight and Firefly's response, and Spaceflight's costs. Her testimony is unique in that she was Spaceflight's mission manager for the WeatherSAT project and the LSA. | 1 hour | ___ hour | |

*Indicates that witness will be called only if the need arises.

Dated: June 25, 2025.                    HOLLAND & HART LLP

                                         *s/ Craig Stewart*
                                  By:    Craig Stewart (admitted *pro hac vice*)
                                         Shaun C. Kennedy (admitted *pro hac vice*)
                                         Alexandria E. Pierce (admitted *pro hac vice*)
                                         HOLLAND & HART LLP
                                         555 Seventeenth Street, Suite 3200
                                         Denver, Colorado 80202
                                         Telephone: (303) 295-8000
                                         cstewart@hollandhart.com
                                         sckennedy@hollandhart.com
                                         aepierce@hollandhart.com

                                         Shane M. Biornstad
                                         100 Spectrum Center Drive, Suite 600
                                         Irvine, California 92618
                                         Telephone: (949) 340-3400
                                         sbiornstad@shulmanbastian.com

                                         Attorneys for DZYNE Technologies, LLC

-3-

Case No. 2:23-cv-10188-MEMF (ADSx)                    PLAINTIFF'S PROPOSED WITNESS LIST

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2025, I have caused the foregoing to be served via electronic mail to the following e-mail addresses:

Joshua K. Leader
jleader@leaderberkon.com

Arthur I. Willner
awillner@leaderberkon.com

I also certify the document and a copy of the Notice of Electronic Filing was served on the following non-CM/ECF participants:

There are no non-participants.

s/ *Craig Stewart*

34921269_v1